```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 14-00050-RNO
Kristi L. Paroda                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: JGoodling          Page 1 of 1          Date Rcvd: Jul 24, 2017
                              Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2017.
4486160        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Christopher A DeNardo    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Gregory S Hazlett    on behalf of Debtor Kristi L. Paroda adlitem@pa.net
              Jeniece  Davis    on behalf of Creditor    The Pennsylvania State Employees Credit Union
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY GER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY GER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:14-bk-00050-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Kristi L. Paroda
537 Market St.
New Cumberland PA 17070

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/21/2017.

Name and Address of Alleged Transferor(s):

Claim No. 14: Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933

Name and Address of Transferee:

Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741
Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/26/17

Terrence S. Miller
**CLERK OF THE COURT**