Certificate Number: 16337-PAM-DE-030755428

Bankruptcy Case Number: 14-00050


16337-PAM-DE-030755428

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 21, 2018, at 4:36 o'clock PM EDT, Kristi Paroda completed a course on personal financial management given by internet by $ Education USA, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   March 21, 2018              By:    /s/Nisrene Tarraf

                                    Name:  Nisrene Tarraf

                                    Title: Educator