```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                    Case No. 14-00050-HWV
Kristi L. Paroda                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: DGeorge              Page 1 of 1              Date Rcvd: May 14, 2018
                              Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db             +Kristi L. Paroda,    537 Market St.,    New Cumberland, PA 17070-1943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Christopher A DeNardo    on behalf of Creditor   Nationstar Mortgage LLC pabk@logs.com
              Gregory S Hazlett    on behalf of Debtor 1 Kristi L. Paroda adlitem@pa.net
              Jeniece Davis    on behalf of Creditor   The Pennsylvania State Employees Credit Union
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY GER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor   Nationstar Mortgage LLC pa-bk@logs.com
              Thomas I Puleo    on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY GER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 8

**fnldec** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Kristi L. Paroda  
537 Market St.  
New Cumberland, PA 17070

Chapter 13  
Case No. 1:14−bk−00050−HWV

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−8122

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 14, 2018

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck  
United States Bankruptcy Judge  
By: DGeorge, Deputy Clerk